FILED: April 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1460
(2:25-cv-00616-JKW-DEM)

---

JOHNNY OSCAR MORETZ

Plaintiff - Appellee

v.

3M COMPANY, f/k/a Minnesota Mining & Manufacturing Company

Defendant - Appellant

and

E.I. DUPONT DE NEMOURS & COMPANY, INCORPORATED, a/k/a EIDP, Inc.; THE CHEMOURS COMPANY L.L.C.; ARCHROMA U.S., INC.; ARKEMA INC.; AGC CHEMICALS AMERICAS INC.; DAIKIN AMERICA INC.; MSA SAFETY SALES, LLC; GLOBE MANUFACTURING COMPANY LLC; LION GROUP, INC.; W.L. GORE & ASSOCIATES, INC.; TEN CATE PROTECTIVE FABRICS USA, d/b/a Southern Mills, Inc.; PBI PERFORMANCE PRODUCTS, INC.; HONEYWELL INTERNATIONAL, INC.; HONEYWELL SAFETY PRODUCTS USA, INC.; STEDFAST USA INC.; MALLORY SAFETY & SUPPLY LLC; MUNICIPAL EMERGENCY SERVICES, INC.; BLUE RIDGE RESCUE SUPPLIERS, INC.; BRADSDEN SOLUTIONS, INC.

Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:25-cv-00616-JKW-DEM |
| Date notice of appeal filed in originating court: | 04/15/2026 |
| Appellant(s) | 3M Company |
| Appellate Case Number | 26-1460 |
| Case Manager | K. Hancock<br>804-916-2702 |